JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MICHAEL KONHEIM,<br><br>     Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant.<br>_____ | Case No. CV 11-9621 CAS (MRW)<br><br>JUDGMENT |

The decision of the Administrative Law Judge is AFFIRMED.  Judgment shall be entered in favor of Defendant.

DATE: November 8, 2012

_Christina A. Snyder_

_____

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE